**In re STANLEY C., JR.**

Supreme Judicial Court of Maine.

Submitted on Briefs May 11, 1988.
Decided May 26, 1988.

Christopher Dilworth, Portland, for Father.

Martin Schindler, Scarborough, for Mother.

James E. Tierney, Atty. Gen., Christine Foster, Asst. Atty. Gen., Department of Human Services, Portland, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

## MEMORANDUM OF DECISION

Stanley C. and Kathy C., father and mother of Stanley C., Jr., Sandra C., and Dusty C., appeal from a judgment of the District Court (Biddeford) terminating their parental rights. 22 M.R.S.A. § 4055 (Supp. 1987). On appeal, they challenge the sufficiency of the evidence supporting the order of termination.

Examining the evidence in a light most favorable to the party prevailing in the District Court, we conclude that the evidence sufficiently supports the factfinder's conclusion that the statutory requirements for termination of parental rights were proved to a high degree of probability. *See In re Maria C.,* 527 A.2d 318, 319 (Me. 1987); *In re John Joseph V.,* 500 A.2d 628, 629 (Me.1985).

The entry is:

Judgment affirmed.